IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JACKIE HARPER MATTHEWS, as
surviving child of CLEMMIE HARPER,
and as Co-Executrix of the ESTATE OF
CLEMMIE HARPER, and HARRY
JAMES BENNETT, as Co-Executor
of the ESTATE OF CLEMMIE HARPER,

Plaintiffs,

vs.

CIVIL ACTION NO. CV204-174

GREAT WEST CASUALTY COMPANY,
CRETE CARRIER CORPORATION,
MARK THOMAS YOUNG and SHAFFER
TRUCKING, INC.,

Defendants.

IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Richard A. Brown, Jr., for the periods of July 18, 2005, through July 27, 2005, and December 19, 2005, through and including January 4, 2006, in the captioned case. (Doc. 15.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

SO ORDERED, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    2:04-cv-00174
Date Served:    May 4, 2005
Served By:      Lee G. LaVictoire

Attorneys Served:

   Stephen L. Goldner, Esq.
   Richard A. Brown Jr., Esq.

____ Copy placed in Minutes
__✓_ Copy given to Judge
__✓_ Copy given to Magistrate