FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 20 A 11: 12

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| Jackie Harper Matthews, as Surviving Child of Clemmie Harper and as Co-Executrix of the Estate of Clemmie Harper and Harry James Bennett, as Co-Executor of the Estate of Clemmie Harper, | * * * * * * | CV#: CV204-174 |
| Plaintiffs | * * | |
| v. | * * | |
| Great West Casualty Company, Crete Carrier Corporation, Mark Thomas Young and Shaffer Trucking, Inc., | * * * * | |
| Defendants | * | |

******************

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ROLAND MORALES, | * * | |
| Plaintiff | * * | Civil Action No: CV205-006 |
| v. | * * | |
| Great West Casualty Company, Crete Carrier Corporation, Mark Thomas Young and Shaffer Trucking, Inc., | * * * * | |
| Defendants | * | |

## ORDER CONSOLIDATING SCHEDULING ORDERS

It appearing to the Court that both of these cases arise out of the same accident and that the Court has previously allowed the interchangeable use of discovery in both cases, and, further, that the parties have requested that the scheduling orders be consolidated, it is hereby

ORDERED that the Scheduling Order in the <u>Morales</u> case, CV#205-006 shall apply to and control the <u>Matthews</u> case, CV# 204-174.

SO ORDERED this the 20th day of June, 2005.

*[signature]*
HONORABLE JAMES E. GRAHAM
MAGISTRATE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA