# United States District Court
## Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| JACKIE HARPER MATTHEWS AND HARRY JAMES BENNETT, CO-EXEC. OF EST. OF CLEMMIE HARPER | * | |
| | * | CASE NUMBER  CV 204-174 |
| vs | * | |
| GREAT WEST CASUALTY COMPANY; CRETE CARRIER CORPORATION; MARK THOMAS YOUNG AND SCHAEFFER TRUCKING, INC. | * | |
| | * | |
| | * | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this 11th day of April, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA